UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
K. H., an Infant by his Mother and Natural Guardian, DANIELE HYDE-HOEY, and DANIELE HYDE-HOEY, Individually,

                                  Plaintiffs,

          -against-

BRUCE D. MAGISTRO,

                                  Defendant.
-----------------------------------------------------------------X

2:16-CV-03028-ADS-AKT

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER**

      IT IS HEREBY STIPULATED AND AGREED TO, by and between the attorneys for the respective parties herein, that Defendant BRUCE D. MAGISTRO's time to appear and answer in this action is hereby extended to and including the 28th day of October, 2016.

      IT IS FURTHER STIPULATED AND AGREED, that Defendant BRUCE D. MAGISTRO will not assert any affirmative defense of lack of personal jurisdiction as to improper service.

      IT IS FURTHER STIPULATED AND AGREED that, for the purposes of filing the instant Stipulation, a facsimile signature shall be deemed an original; this Stipulation may be executed in counterparts and, upon execution, may be filed without further notice to the respective parties.

Dated:  Stewart Manor, New York
           October 4, 2016

| | |
|---|---|
| S. JOONHO HONG<br>GIUFFRÉ LAW OFFICES, P.C.<br>Attorneys for Plaintiffs<br>52 Covert Avenue<br>Stewart Manor, New York 11530<br>(516) 358-5300 | ERIC C. FIRESTONE<br>ERIC C. FIRESTONE, ESQ.<br>Attorneys for Defendant<br>61-43 186th Street<br>Fresh Meadows, NY 11365<br>(718) 575-0009 |